No. 392, Misc. KRAMER *v.* ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *C. William O'Neill,* Attorney General of Ohio, and *Roger B. Turrell,* Assistant Attorney General, for respondent.

No. 452, Misc. LEARY *v.* DAY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 444, Misc. LINDSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Harry Boehme, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 455, Misc. HATFIELD *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 459, Misc. SESSIONS *v.* MANNING, SUPERINTENDENT, SOUTH CAROLINA PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 485, Misc. HILDERBRAND *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 505, Misc. ILLINOIS EX REL. WINSTON *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 518, Misc. ACKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. D. Maddox* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Morton Hollander* for the United States.